**Jessica DELANCY, Petitioner,**

v.

**STATE of Florida, Respondent.**

**CASE NO. 1D16–4288**

District Court of Appeal of Florida, First District.

Opinion filed December 27, 2016

Jessica Delancy, pro se, Petitioner.

---

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the order denying motion for postconviction relief rendered on May 3, 2016, in Duval County Circuit Court case number 16–2008–CF–11988–BXXX–MA, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

ROBERTS, C.J., MAKAR and M.K. THOMAS, JJ., CONCUR.